| PROB 22 (Rev. 2/88) **MAGISTRATE JUDGE ASHMAN** | DOCKET NUMBER (Transferring Court) |
|---|---|
| **JUDGE DARRAH** TRANSFER OF JURISDICTION **08CR 667** | 1:01CR00111-001 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | SD/IN | Indianapolis |
| Stephan T. Alexander, Sr. | NAME OF SENTENCING JUDGE | |
| | The Honorable Larry J. McKinney | |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 6/2/2008 | 6/1/2011 |

**OFFENSE**

18 U.S.C. § 2423(b) - Interstate Travel with Intent to Engage in Unlawful Sexual Acts with a Minor (3 counts)
18 U.S.C. § 2252(a)(4)(B) - Possession of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

## PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. *

8/12/08
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Date

8/21/08 FILED

_____
United States District Judge

AUG 2 1 2008CM
AuG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT